3:25-mj-00151

DISTRICT OF OREGON: ss,                          AFFIDAVIT OF ALEXANDER LAUB

## Affidavit in Support of a Criminal Complaint

I, Alexander Laub, being first duly sworn, hereby depose and state as follows:

## Introduction and Agent Background

1.      I am a Special Agent with the Drug Enforcement Administration ("DEA") and have been since October 2020.  As a Special Agent of the DEA, my duties and responsibilities have included conducting criminal investigations for possible violations of federal law, particularly those found in Title 18 and Title 21 of the United States Code.  I have received specialized training from the DEA, to include a 14-week Basic Agent Training course and other training courses.  I have been involved in conducting long-term, international, and complex conspiracy investigations.  Prior to my assignment to the Portland District Office, I spent approximately four years as a law enforcement officer with the Crystal Lake Police Department in Illinois.  I am familiar with investigations of drug trafficking organizations (hereinafter, "DTOs"), including identifying methods of importation and distribution of controlled substances, and how controlled substances are manufactured, consumed, packaged, marketed, smuggled, and distributed.  I am also familiar with various tactics used by DTOs to import drugs into the United States, communicate with members of the DTOs, and arrange for transportation and distribution of drugs.

2.      I submit this affidavit in support of a criminal complaint and arrest warrant for **KEVIN JOSUE COLINDRES-CALIX,** A.K.A. Rufino Salazar**,** for the crimes of possession with intent to distribute a controlled substance (fentanyl –a Schedule II controlled substance) in violation of 21 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi).  The facts set forth in this affidavit were gained through my personal participation in the investigation as described below; from oral and written reports of other law enforcement officers; and from records, documents and other evidence obtained during

**Affidavit of Special Agent Alexander Laub**                          **Page 1 of 6**

this investigation.   I have obtained and read official reports prepared by law enforcement officers participating in this investigation and in other related investigations.

## Applicable Law

3.      21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi)  makes it unlawful to possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide or 10 grams or more of a mixture or substance containing a detectable amount of any analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide

## Statement of Probable Cause

4.      On May 6, 2025, Cooperating Defendant (CD) was arrested and charged in the District of Oregon for distribution of fentanyl. After the CD's arrest, investigators read them their Miranda Warning, to which the CD stated they understood their rights and were willing to speak with investigators. Of note, the CD is a self-admitted fentanyl dealer and gave incriminating information. The CD has an extensive criminal history spanning over ten years and does have previous convictions for providing false information to police, driving, and drug offenses.

5.      During the post-arrest interview, the CD provided investigators with three phone numbers of Portland metropolitan based fentanyl distributors. The CD showed investigators a thread of messages between themselves and "Julio" (415-795-0279) (Subject Phone-0279) discussing the distribution and purchase of fentanyl powder. At an unknown time after the arrest, the CD's cellular device was remotely wiped of all information prior to investigators being able to download the conversations between the CD and the suspected fentanyl dealers.

6.      Beginning on May 27, 2025, DEA investigators acting in an undercover capacity (UC) began a recorded text message conversation with the unknown user of Subject Phone-0279. On

**Affidavit of Special Agent Alexander Laub**                                    **Page 2 of 6**

May 28, 2025, Julio responded and asked, "*Who are you.*" The UC continued communications with Subject Phone-0279 regarding who they were, and Julio proceeded to tell the UC that Julio had a new number. The user of Subject Phone-0279 stated that they would contact the UC with a new number. Julio proceeded to contact the UC from 360-723-4429 (Subject Phone-4429) and both parties subsequently discussed a future transaction for fentanyl powder.

7.     On June 3, 2025, U.S. Magistrate Judge Jolie A. Russo authorized the capture of geo-location information for Subject Phone-4429. At approximately 2:02 p.m., on the same day, investigators began collecting the geo-location information for Subject Phone-4429, showing the device to be in Southeast Portland, OR. The geo-location data was very inaccurate and did not allow for investigators to locate the subject or a potential residence for Julio.

### June 5, 2025 – Arrest of COLINDRES CALIX

8.     Beginning On June 4, 2025, the DEA UC engaged in further recorded text communications with Julio via Subject Phone-4429. During the conversation, the UC asked Julio to meet the following day for "5," both parties agreed to the meeting. On June 5, 2025, the UC continued text communications with Julio and asked to meet and now they needed "8". Based on my training, knowledge and experience I know it is common that during drug communications that plain numbers are used to signify quantity without needing to state the weight amounts. When the UC stated "5" and "8" it represented the number of ounces needed from Julio.

9.     The UC and Julio subsequently agreed to meet in "45 minutes" at a location that was given to the UC by Julio located near 4606 S Corbett Ave, Portland, Oregon. DEA and Portland Police investigators began surveillance in the area while communications continued between both parties.

**Affidavit of Special Agent Alexander Laub**                                    **Page 3 of 6**

10.     At approximately 3:07 p.m., Julio sent the UC a text message stating "7 mini" and "you can now get closer." Based on the messages investigators believed Julio would be arriving to the given location shortly. At 3:12 p.m., Julio stated he was "here" and shortly after investigators observed a gray Toyota Rav-4 (Rav-4) with Oregon license plates 065QKD, in close proximity to the above given location by Julio. The driver was a Hispanic male wearing a black baseball hat.

11.     Investigators then continued surveillance on the Rav-4 and observed it park near the intersection of S Hamilton St, and S Water Ave. Julio sent another text message to the UC with a Google Maps link for the intersection of S Hamilton and S Water Ave, Portland. Investigators observed the vehicle to be empty and a male matching the description of the driver walking near the intersection of S. Hamilton St and S. Viewpoint Terrace, while using his cellphone. The UC again received another Google Maps link of the exact location that the suspected male was walking in.

12.     DEA and Portland Police investigators then activated their vehicles emergency lights and gave the subject the command to stop. The male who was later identified as **CONLINDRES CALIX (COLINDRES)** began fleeing on foot from police officers and ran into an empty parking lot. Investigators observed **COLINDRES** throw numerous small items over a chain link fence into a neighboring backyard. **COLINDRES** attempted to scale the fence but was subsequently detained and handcuffed. Investigators located a Honduran identification card for **COLINDRES** and conducted a law enforcement check for any active warrants. DEA investigators subsequently learned that **COLINDRES** had an outstanding warrant from the Northern District of Oregon as well as previous drug distribution convictions. Investigators located large amounts of United States currency in his jean pockets and two cellphones. Investigators located **COLINDRES** hat that he was wearing, as well as eight separate small clear plastic baggies containing pressed white powder, believed to be fentanyl, in the neighboring backyard.

13.    Knowing that **COLINDRES** had come from the Rav-4, investigators conducted a search of the vehicle and located and seized several more clear plastic baggies containing pressed white powder, two more cellphones and United States currency. Additionally, investigators located numerous empty clear plastic baggies and a digital scale. **COLINDRES** was then lodged at Multnomah County detention center on his active arrest warrant.

14.    The pressed white powder located from **COLINDRES** and within the Rav-4 were field tested leading to a presumptive positive for fentanyl. The gross gram weight for the pressed white powder totaled 300.2 grams, to include package weight, and was subsequently sent to the DEA laboratory for further analysis.

### Conclusion

15.    Based on the foregoing, I have probable cause to believe, and I do believe, that **KEVIN JOSUE COLINDRES CALIX** has committed the crimes of possession with intent to distribute, including fentanyl– in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)((vi). I therefore request that the Court issue criminal complaints and arrest warrant for **COLINDRES.**

/ / /

/ / /

/ / /

/ / /

/ / /

**Affidavit of Special Agent Alexander Laub**                                         **Page 5 of 6**

16.     Prior to being submitted to the Court, this affidavit, the accompanying complaint, and the arrest warrant were all reviewed by Assistant United States Attorney Kate Rochat.  AUSA Rochat advised me that in her opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

_By phone pursuant to Fed R. Crim. P. 4.1_
Special Agent Alexander Laub
Drug Enforcement Administration

Subscribed and sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __3:50 pm__ on June 6, 2025.

HONORABLE JOLIE A. RUSSO
UNITED STATES MAGISTRATE JUDGE

**Affidavit of Special Agent Alexander Laub**                                        **Page 6 of 6**